

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

**MEMO ENDORSED**

June 14, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/14/22

VIA ECF
Hon. Valerie E. Caproni
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

Re:  *Shi Jin Lin v. Cardinale*, No. 22 Civ. 3316 (VEC)

Dear Judge Caproni:

This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate two Refugee/Asylee Relative Petitions (Forms I-730). On behalf of the government, I write respectfully to request a sixty-day extension of the time to respond to the complaint (*i.e.*, from June 24, 2022, to August 23, 2022). In addition, I respectfully request that the initial pretrial conference presently scheduled for June 24, 2022, be rescheduled for a date during the week of September 6, 2022, or thereafter (with a corresponding extension of time for the preconference submission). *See* ECF No. 3.

I respectfully request this extension because USCIS is reviewing the Forms I-730 to determine whether to issue interview notices relating to them and needs additional time to determine next steps, which may potentially render this action moot. This is the government's first request for an extension of the deadline to respond to the complaint and an adjournment of the pretrial conference. Plaintiff consents to these requests.

I thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   s/ *Jacqueline Roman*
JACQUELINE ROMAN
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (347) 714-3363
E-mail: jacqueline.roman@usdoj.gov
*Attorney for Defendant*

cc:  Counsel of record (via ECF)

Application GRANTED.  Defendant's time to answer is hereby ADJOURNED until **August 23, 2022**.

The Initial Pre-Trial Conference currently scheduled for June 24, 2022, at 3:00 p.m. is hereby ADJOURNED until **September 23, 2022, at 10:00 a.m.**  Pre-conference submissions are due not later than **September 15, 2022**.

SO ORDERED.

*Valerie Caproni*
6/14/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE